LAW OFFICES OF JOSEPH POURSHALIMY, PC
JOSEPH POURSHALIMY, State Bar No. 266164
joe@pourshalimy.com
LAURA M. AMES, State Bar No. 298960
laura@lojp.net
1429 Westwood Boulevard
Los Angeles, CA 90024
Telephone:   (800) 442-0996
Facsimile:    (310) 878-2042

HINMAN LAW GROUP, P.C.
SETH E. WORKMAN, State Bar No. 289213
seth@hinmanlawgroup.com
2201 N. Lakewood Blvd., Suite D1863
Long Beach, California 90815
Telephone:   (562) 269-4713
Facsimile:    (562) 362-6512

Attorneys for Plaintiff, KELLY TATUM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| KELLY TATUM<br><br>Plaintiff,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; NEWELL BRANDS, INC., a Delaware corporation; BED BATH & BEYOND, INC., a New York corporation; and DOES 1-25;<br><br>Defendant(s). | **Case No.: 4:22-cv-02978-HSG**<br><br>**STIPULATION OF PARTIES UNDER FRCP 41(a) TO DISMISS THIRD CAUSE OF ACTION AGAINST DEFENDANTS, SUNBEAM PRODUCTS, INC. AND NEWELL BRANDS, INC. WITHOUT PREJUDICE; ORDER OF DISMISSAL**<br><br>DATE FILED:   MARCH 17, 2022<br>TRIAL DATE:    NOT YET SET<br>JUDGE:         HON. HAYWOOD S. GILLIAM, JR.<br>COURTROOM:    2 |

WHEREAS on March 17, 2022, Plaintiff, KELLY TATUM ("Plaintiff") filed her Complaint for Damages (1) Strict Products Liability, (2) Negligence, and (3) Breach of Warranty in the Superior Court of the State of California, County of Santa Clara, against Defendants, SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., and BED BATH & BEYOND, INC.

1  WHEREAS on May 19, 2022, Defendants SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC. removed Plaintiff's action to the United States District Court, Northern District of California, subsequently reassigned hereto the Oakland Division;

WHEREAS Plaintiff seeks to dismiss Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC. only, and only as to Plaintiff's Third Cause of Action for Breach of Warranty;

WHEREAS this stipulation is not intended to, nor shall it, impact Plaintiff's claim against Defendant, BED BATH & BEYOND, INC. for breach of warranty, or Plaintiff's claims for strict products liability and negligence against Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC. by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that:

1. Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC., only, be dismissed, without prejudice as to Plaintiff's Third Cause of Action for Breach of Warranty; and

2. Each party is to bear their own costs and fees as to the claims being dismissed against Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC.

DATED: June 15, 2022               HINMAN LAW GROUP, P.C.


                                   By:   /s/ Seth E. Workman
                                         SETH E. WORKMAN
                                         Attorneys for Plaintiff, KELLY TATUM


DATED: June 15, 2022               GOLDBERG SEGALLA, LLP


                                   By:   /s/ Joseph R. Coriaty
                                         JOSEPH R. CORIATY
                                         Attorneys for Defendants, SUNBEAM PRODUCTS,
                                         INC. and NEWELL BRANDS, INC.

HINMAN LAW GROUP, P.C.
2201 N. Lakewood Blvd., Suite D1863
Long Beach, California, 90815
Phone: 562.269.4713   Fax: 562.362.6512

**ORDER**

The Court having reviewed the foregoing Stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC., only, be dismissed, without prejudice as to Plaintiff's Third Cause of Action for Breach of Warranty, and each party is to bear their own costs and fees as to the claims being dismissed against Defendants, SUNBEAM PRODUCTS, INC. and NEWELL BRANDS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/16/2022

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

HINMAN LAW GROUP, P.C.
2201 N. Lakewood Blvd., Suite D1863
Long Beach, California, 90815
Phone: 562.269.4713   Fax: 562.362.6512

3
STIPULATION RE DISMISSAL OF THIRD CAUSE OF ACTION