# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kelly Tatum

Plaintiff(s)

v.

Sunbeam Products, Inc., et al.

Defendant(s)

CASE No C 4:22-cv-02978-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ■ **Private ADR** (*specify process and provider*)
  Private mediation - With Byron Rabin or Peter Searle, each with Judicate West

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ■ other requested deadline: June 2, 2023

Date: August 30, 2022 /s/ Seth Workman
Attorney for Plaintiff

Date: August 30, 2022 /s/ Joseph R. Coriaty
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/31/2022 [signature: Haywood S. Gilliam, Jr.]
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*