AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA - SAN JOSE DIVISION

| KELLY TATUM | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| SUNBEAM PRODUCTS, INC. | CASE NUMBER: 4:22-cv-02978 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Bed Bath & Beyond, Inc.__ substitutes
(Party (s) Name)

__Joseph R. Coriaty, Esq.__, State Bar No. __291682__ as counsel of record in
(Name of New Attorney)

place of __Ashley Dorris Egerer, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Goldberg Segalla LLP
Address: 777 S. Figueroa Street, Suite 2000
Telephone: (213) 415-7200    Facsimile (213) 415-7299
E-Mail (Optional): jcoriaty@goldbergsegalla.com

I consent to the above substitution.
Date: 10/4/2022

_Maria Carrillo-iorlano_
(Signature of Party (s))

I consent to being substituted.
Date: 10/4/2022

_Ashley Dorris Egerer_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/21/2022

/s/ Joseph R. Coriaty
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/11/2022

_Haywood S. Gill_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]