JOSEPH R. CORIATY (SBN 291682)
   jcoriaty@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017-5818
**Mailing Address:**
P.O. Box 17220
Los Angeles, CA 90017
Telephone:  213-415-7200
Facsimile:   213-415-7299

Attorneys for Defendants SUNBEAM PRODUCTS, INC., NEWELL BRANDS, INC., AND BED BATH & BEYOND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

|  |  |
|---|---|
| KELLY TATUM,<br><br>             Plaintiff(s),<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation;, NEWELL BRANDS, INC., a Delaware corporation, BED BATH & BEYOND, INC., a New York corporation; and DOES 1-25<br><br>             Defendant(s). | Case No. 4:22-cv-02978-HSG<br><br>District Judge Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR PRETRIAL DATES AND ORDER**<br><br>Complaint Filed:  3/17/2022<br>Trial Date:   11/13/2023 |

Plaintiff Kelly Tatum ("Plaintiff") and Defendants Sunbeam Products, Inc., Newell Brands, Inc., and Bed Bath & Beyond, Inc., ("Defendants"), (collectively, the "Parties") hereby stipulate, subject to the approval of the Court, to an extension governing the deadline for the Fact Discovery Cutoff date currently set forth in the Scheduling Order (Doc No. 34) in order to take Plaintiff's deposition ("Stipulation"). In support of the Stipulation, the Parties state as follows:

1. Plaintiff filed her complaint for personal injuries in the Superior Court of California, Santa Clara County, on March 17, 2022. Defendants Sunbeam Products, Inc., and Newell Brands, Inc., removed the matter to Unites States District Court, Northern District of California on May 19, 2022. (Doc 1). Defendants Sunbeam Products, Inc., and Newell Brands, Inc., filed an Answer to the Complaint on May 26, 2022. (Doc 7). Defendant Bed Bath & Beyond filed an Answer to the Complaint of August 5, 2022. (Doc 26). Counsel for Bed Bath & Beyond substituted out and was replaced by counsel for Sunbeam Products, Inc., and Newell Brands, Inc., on October 10, 2022. (Doc 39).

2. Trial in this matter is set for November 13, 2023. (Doc. 34). This Stipulation does not request a change of the trial date.

3. On August 24, 2022, the Court issued a case management and pretrial order containing the following deadlines:

- FACT DISCOVERY CUTOFF: May 24, 2023
- EXCHANGE OF OPENING EXPERT REPORTS: June 7, 2023
- EXCHANGE OF REBUTTAL EXPERT REPORTS: June 14, 2023
- CLOSE OF EXPERT DISCOVERY: June 21, 2023
- DISPOSITIVE MOTION HEARING DEADLINE: August 3, 2023
- PRETRIAL CONFERENCE: October 31, 2023
- TRIAL DATE: November 13, 2024

(Doc 34.)

4. On August 31, 2022, the Court issues an Order Selecting ADR Process providing a completion deadline by June 2, 2023. (Doc 37.)

5. The Parties wish to extend the deadline for the Fact Discovery Cutoff date currently set forth in the Scheduling Order in order to take Plaintiff's deposition. Neither of the Parties will be prejudiced by such extensions.

6. Plaintiff responded to Defendants' discovery on May 10, 2023. Plaintiff's deposition was scheduled for May 22, 2023; however, Plaintiff was not

GOLDBERG SEGALLA LLP
P.O. Box 17220
Los Angeles, CA 90017

available for deposition on that date. Parties have since met and conferred regarding Plaintiff's deposition, but are not available until after the close of Fact Discovery on May 24, 2024.

7. In an attempt to be mindful of judicial economy an in order to minimize costs and expenses on behalf of Parties, they have been cooperating in productive settlement negotiations. Terms of settlement appear to be imminent but are not yet agreed upon as of May 24, 2023, the current fact discovery cutoff date.

8. Parties have not requested any prior continuances in this matter.

9. So that Parties can complete their settlement discussions in which the terms of settlement appear to be imminent but not yet final, yet in order to ensure that there is an opportunity to depose Plaintiff in the off chance that the matter does not resolve, Parties request an extension of the deadline for the Fact Discovery Cutoff date currently set forth in the Scheduling Order in order to take Plaintiff's deposition.

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED THAT by and between the Parties signatory to this Joint Stipulation, the following deadlines be extended as follows:

1. FACT DISCOVERY CUTOFF be extended until June 12, 2023 in order to take Plaintiff's deposition.

Dated: May 24, 2023                             GOLDBERG SEGALLA LLP

                                                 */s/ Joseph R. Coriaty*
                                          By:    JOSEPH R. CORIATY
                                                 Attorneys for Defendants
                                                 SUNBEAM PRODUCTS, INC.,
                                                 NEWELL BRANDS, INC., AND
                                                 BED BATH & BEYOND, INC.

DATED: May 24, 2023　　　　　　　　WORKMAN LAW AND LITIGATION, PC

By:  /s/ *Seth Workman*  (w/ permission)
　　　SETH WORKMAN
　　　Attorney for Plaintiff
　　　KELLY TATUM

## SIGNATURE CERTIFICATION

I, JOSEPH R. CORIATY, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this day of May 24, 2023, at Los Angeles, California.

Dated:  May 24, 2023　　　　　　　　GOLDBERG SEGALLA LLP

　　　*/s/ Joseph R. Coriaty*
By:　JOSEPH R. CORIATY
　　　Attorneys for Defendants
　　　SUNBEAM PRODUCTS, INC.,
　　　NEWELL BRANDS, INC., AND
　　　BED BATH & BEYOND, INC.

## ORDER

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

1. FACT DISCOVERY CUTOFF be extended until June 12, 2023 in order to take Plaintiff's deposition.

In addition, the Court makes the further Orders stated below:

**IT IS SO ORDERED**.

Dated: 5/25/2023

*Haywood S. Gill, Jr.*
District Judge Haywood S. Gilliam, Jr.